UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:                                                                                    CHAPTER 13
    **KEVIN LEON MOSBY, SR.**                                     CASE NO. **14-62498**
    **DENISE WALKER MOSBY**
                       Debtor(s)

### SPECIAL NOTICE TO SECURED CREDITOR

TO:
Capital One Auto Finance, ATTN: Beverly Crump, PO Box 259407, Plano, TX 75025
*Name and address of creditor*

2009 Toyota Venza
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes *(check one)*:

[X] To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

[ ] To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.***
The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: **March 5, 2015**
Date and time of confirmation hearing: **March 26, 2015 at 9:30 AM**
Place of confirmation hearing: **US Courthouse, Room 210, 1101 Court Street, Lynchburg, VA 24504**

                                                                           By: */s/ Margaret C. Valois*
                                                                            Margaret C. Valois
                                                                            Counsel for Debtor(s)
                                                                            7601 Timberlake Road
                                                                            Lynchburg, VA 24502
                                                                            (434) 845-4529

### CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

[X] first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

[ ] certified mail in conformity with the requirements of Rule 7004(h), Fed.R..Bankr.P; on January 2, 2015.

                                                                            */s/Margaret C. Valois*
                                                                            Margaret C. Valois
                                                                            Counsel for Debtors