UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:                                                              CHAPTER 13
**KEVIN LEON MOSBY, SR.**                        CASE NO. **14-62498**
**DENISE WALKER MOSBY**
                  **Debtor(s)**

## SPECIAL NOTICE TO SECURED CREDITOR

TO:
Toyota Financial Services, ATTN: David Perno, PO Box 8026, Cedar Rapids IA 52408
*Name and address of creditor*

2011 Hyundai Elantra
*Description of collateral*

1.        The attached chapter 13 plan filed by the debtor(s) proposes *(check one)*:

[X]        To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

[ ]        To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2.        ***You should read the attached plan carefully for the details of how your claim is treated.***
The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

Date objection due: **March 5, 2015**
Date and time of confirmation hearing: **March 26, 2015 at 9:30 AM**
Place of confirmation hearing: **US Courthouse, Room 210, 1101 Court Street, Lynchburg, VA 24504**

                                                     By: */s/ Margaret C. Valois*
                                                     Margaret C. Valois
                                                     Counsel for Debtor(s)
                                                     7601 Timberlake Road
                                                     Lynchburg, VA 24502
                                                     (434) 845-4529

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

[X] first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

[ ] certified mail in conformity with the requirements of Rule 7004(h), Fed.R..Bankr.P; on January 2, 2015.

                                                     */s/Margaret C. Valois*
                                                     Margaret C. Valois
                                                     Counsel for Debtors